■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL OROZCO, Appellant. — Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 20, 1983, affirmed (*People v Pascale,* 48 NY2d 997; *People v McKenzie,* 88 AD2d 646; *People v Harris,* 61 NY2d 9; *People v Torres,* 96 AD2d 604). Titone, J. P., Mangano, Gibbons and O'Connor, JJ., concur.